# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Danette Moody | | |
| (DEBTOR) | : | Bankruptcy No. 18-10712AMC |

## O R D E R

AND NOW upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362 (c)(3)(B) ("the Motion") and there being no opposition to the motion,

It is hereby **ORDERED** that:

1. The Motion is Granted.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

By the Court:

Date: February 2, 2018

_____

Hon. Ashely M. Chan
U.S. Bankruptcy Judge

cc:  Michael A. Cataldo, Esquire
   Cibik & Cataldo, P.C.
   1500 Walnut Street, Ste. 900
   Philadelphia, PA 19102

   William C. Miller, Esquire
   Chapter 13 Trustee
   P.O. Box 1229
   Philadelphia, PA 19105

   Matrix (see attached)