**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          :          Chapter 13

Danette Moody
    (DEBTOR)                                      :          Bankruptcy No. 18-10712AMC


**CERTIFICATE OF SERVICE**


I, MICHAEL A. CATALDO, hereby certify that a true and correct copy of Debtor's Motion to Continue Automatic Stay beyond 30 days pursuant to 11 U.S.C. §362 and Notice of Hearing has been served upon interested parties and all creditors via electronic means or First Class mail.


William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105


Matrix (see attached)


Dated:   **February 2, 2018**          BY: /s/ Michael A. Cataldo
MICHAEL A. CATALDO, ESQUIRE
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA   19102
215-735-1060/fax 215-735-6769