Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102-3518


Equifax
PO Box 740241
Atlanta, GA 30374


Experian
PO Box 4500
Allen, TX 75013


TransUnion
PO Box 2000
Chester, PA 19016-2000


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326


Commonwealth of PA
PennDOT Chief Counsel
1101 S. Front Street, 3rd Floor
Harrisburg, PA 17104


Abbotsford Fall;s Dental Office
4700 Wissahickon Ave.
Philadelphia, PA 19144


Aes/beneficial Savgs B
Pob 61047
Harrisburg, PA 17106


Aes/keystone Best
Pob 61047
Harrisburg, PA 17106

Aes/student Funding Gr
Pob 61047
Harrisburg, PA 17106

AFNI, Inc.
P.O. Box 3667
Bloomington, IL 61702

Alliance One
P.O. Box 3100
Southeastern, PA 19398-3040

Asset Acceptance LLC
PO box 2036
Warren, MI 48090

AT&T Credit Managemnt
P.O. Box 80639
Charleston, SC 29416

Bureaus Investment Group Portfolion No16
c/o Recovery Management Systems Corp
25 SE 2nd Avenue - Suite 1120
Miami, FL 33131

Cb Lancaster
218 West Orange St
Lancaster, PA 17603

Chase Auto Finance
201 N Central Avenue
Phoenix, AZ 85006

City Of Philadelphia
Major Tax Unit/Bankruptcy Dept.
1401 JFK Blvd, Room 580
Philadelphia, PA 19102

City of Philadelphia
Parking Violations Branch
PO Box 41819
Philadelphia, PA 19101


Collection
P.O. Box 9134
Needham Heights, MA 02494


Einstein Medical Center
5501 Old York Road
Philadelphia, PA 19141


ELCO Administrative Services
P.O. Box 970910
Coconut Creek, FL 33093


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


First National Collection Bureau
610 Waltham Way
Sparks, NV 89434


Gc lil,LLC
Quantum Group LLC
P.O. Box 788
Kirkland, WA 98083


Germantown Medical Associates
6334 Germantown Ave
Philadelphia, PA 19144


Germantown Pain Management Phys
6334 Germantown Avenue
Philadelphia, PA 19144

Greentree Interinst PC
345 E. Mt Airy Avenue
Philadelphia, PA 19119


I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346


Independence Blue Cross
P.O Box 1210
Newark, NJ 07101-1480


Infinity Insurance Companies
P.O. Box 2153
Birmingham, AL 35287


Kimberly A. Bonner
Zucker, Goldberg & Ackerman, LLC
200 Sheffield Street, Suite 101
Mountainside, NJ 07092


Law Offices of Linton, Distsio
& Edwards P.C.
1720 Mineral Spring Road
Reading, PA 19603


LVNV Funding LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603


McCabe, Weisberg & Conway
123 South Broad Street
Suite 1400
Philadelphia, PA 19109

Midland Funding, LLC
AM infosource
Attn Dept 1
P.O. Box 4457
Houston, TX 77210


MRO
1000 Madison AVenue Ste 100
Norristown, PA 19403


Nationwide Recovery Agency
P.O. Box 67015
Harrisburg, PA 17106


NCO Fin/99
P.O. Box 15636
Wilmington, DE 19850


NES
National Enterprise Systems
29125 Solon Road
Solon, OH 44139


Oliphant Financial
9009 Town Center Parkway
Lakewood Ranch, FL 34202


Open MRI of Cherry Hill LLC
P.O. Box 3346
Evansville, IN 47731


Palisades Collections, LLC
c/o Vativ Recovery Solutions, LLC
P.O. box 19249
Sugar Land, TX 77496

Peco Energy Company
PO Box 8699
Bankruptcy Department S4-1
Philadelphia, PA 19101


PGW
Legal Dept. 4th Floor
800 W. Montgomery Avenue
Philadelphia, PA 19122


Philadelphia Parking Authority
Bankruptcy Department
3101 Market Street
Philadelphia, PA 19104-2807


Police and Fired Credit Union
901 Arch Street
Philadelphia, PA 19107


Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541


Professional Account Services Inc.
7100 Commerce Way, Suite 100
Brentwood, TN 37027


Quantum3 Group LLC as agent for
MOMA Funding LLC
Kirkland, WA 98083


Resolutions
1001 West Main Street
Lebanon, OH 45036


Rickenbacker
15005 Concord Circle
Morgan Hill, CA 95037

RJM Acquistion Funding
575 Underhill Blvd.
Suite 224
Syosset, NY 11791


Salus University
The Eye Institure
P.o. bOX 95000
Philadelphia, PA 19195


Salus Univesity
The Eye Institute
LB#7615
Philadelphia, PA 19195


Small Businrss Administration
409 3rd St Sw Fl 5
Washington, DC 20416


Sprint
PO Box 8077
Newark, NJ 07101-1769


Temple University Hospital
Broad & Ontario St
Philadelphia, PA 19182


Temple University Physicians
P.O. Box 827783
Philadelphia, PA 19182


The Bureaus Inc
1717 Central Street
Evanston, IL 60201


The Eye Institute
Pennsylvania College of Optometry
1200 W. Godfrey Avenue
Philadelphia, PA 19141

Unique national collections
119 E Maple st
Jeffersonville, IN 47130


Vengroff, Williams, & Associates
PO Box 4155
Sarasota, FL 34230


Verizon
500 Technology Dr
Suite 500
Weldon Spring, MO 63304


Verizon Pennsylvania
5900 Technlogy Drive
Weldon Spring, MO 63304


Wells Fargo
Attn: Bankruptcy
420 Montgomery Street
San Francisco, CA 94104


Wells Fargo
Call 800-225-5935
Des Moines, IA 50326


Weltman, Weinberg & Reic Co
325 Chestnut St
Philadelphia, PA 19106-5596


William Craig, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057