Certificate Number: 16339-PAE-DE-030534749

Bankruptcy Case Number: 18-10712



16339-PAE-DE-030534749

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2018, at 5:47 o'clock PM EST, Danette Moody completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 6, 2018

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor